IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC. : | |
| : | |
| and : | |
| : | |
| INTELLECTUAL WELLNESS, LLC; : | |
|     Plaintiffs : | |
| : | |
| v. : | CIVIL ACTION FILE NO: |
| : | 1:16-cv-00906-AT |
| HODGES CONSULTING, INC. d/b/a : | |
| DOUBLE DRAGON LABS d/b/a : | |
| DOUBLE DRAGON : | |
| PHARMACUTICAL : | |
| and JOHN DOES I-V : | |
| : | |
|     Defendants. : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiffs Hi-Tech Pharmaceuticals, Inc. and Intellectual Wellness, LLC and Defendant Hodges Consulting, Inc. d/b/a Double Dragon Labs d/b/a Double Dragon Pharmaceutical and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Each party to bear its own costs and attorneys' fees.

1

So stipulated this 3rd day of October 2017.

**The Law Office of Arthur W. Leach**

By: /s/ CL Parker
Arthur W. Leach
Ga. Bar No. 442025
C.L. Parker
Ga. Bar No. 722011
Attorneys for Plaintiffs
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
Art@ArthurWLeach.com
CL@clparkerllc.com

**Flynn Peeler & Phillips, LLC**

By: /s/Charles E. Peeler
Charles E. Peeler
Georgia State Bar No. 570399
Attorney for Defendants
Post Office Box 7 (31702)
517 West Broad Avenue
Albany, GA 31701
Telephone: 229-446-4886
cpeeler@fpplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2017, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will send electronic notification to counsel of record.

By: /s/ CL Parker
C.L. Parker
Ga. Bar No. 722011
Attorneys for Plaintiffs
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (770) 851-6718
CL@clparkerllc.com